UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In RE: JULIUS LEE ARMSTRONG, III )
    CORA WEAVER ARMSTRONG ) CASE NO: 10-01467-MAM-13
)
)
    DEBTOR(s).

## OBJECTION TO CLAIM

COMES NOW the Debtor(s) in the above-referenced case by and through the undersigned attorney of record, James E. Loris, Jr. and object to Claim #7 in the amount of $8258.58 by Aurora Loan Services and in support of said objection says as follows:

1.     This debt is unsecured.

WHEREFORE, Debtor(s) moves this Honorable Court for an order to disallow Claim #7 in the amount of $8258.58 filed by Aurora Loan Services.

    /S/ JAMES E. LORIS, JR.
    JAMES E. LORIS, JR. (lorij4508)
    Attorney for Debtor(s)
    P.O. Box 5
    Mobile, AL 36601

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Objection to Claim upon John C. McAleer, Chapter 13 Trustee and Aurora Loan Services, 10350 Park Meadows DR, Littleton, Co 80124-6800 by depositing a copy in the U.S. Mail properly addressed and first class postage prepaid on this the 1st day of October, 2010.

    /S/ JAMES E. LORIS, JR.
    James E. Loris, Jr.

**NOTICE AND OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL STANDING ORDER, THE COURT WILL CONSIDER THIS MOTION WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 30 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 SAINT LOUIS STREET, MOBILE, ALABAMA 36602 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, JAMES E. LORIS, JR., P.O. BOX 5, MOBILE, AL 36601. IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**